# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3092

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Cordell Sawyer, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 6, 2004

Filed: February 12, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Cordell Sawyer appeals the district court's[*] denial of Sawyer's 18 U.S.C. § 3583(e)(1) motion to terminate supervision. After carefully reviewing the record, we conclude the district court considered the relevant sentencing factors, see id., and thus did not abuse its discretion, see United States v. Jeanes, 150 F.3d 483, 484 (5th Cir. 1998) (recognizing § 3583(e)(1) confers broad discretion on district court). Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____

[*]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.